# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **DAGOBERTO CASIANO, LAURA CASIANO and MARK SANCHEZ,**<br>Plaintiffs, | § § § § | |
| v. | § § | EP-21-CV-00203-DB |
| **UNITED STATES OF AMERICA,**<br>Defendant. | § § § | |

## ORDER OF DISMISSAL

On this day, the Court has considered the Stipulation of Dismissal in the above-captioned case filed by Plaintiffs, DAGOBERTO CASIANO, LAURA CASIANO, and MARK SANCHEZ, and Defendant, UNITED STATES OF AMERICA, by and through their counsel.

After due consideration and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court Orders that

1. All claims presented by the Plaintiffs' Amended Complaint shall be dismissed with prejudice as to the United States of America pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and,

2. All parties shall pay their own costs and fees.

The clerk shall **CLOSE** this case.

**SO ORDERED**.

SIGNED and ENTERED this 28Th day of SEPT., 2023.

_____
SENIOR DAVID BRIONES
UNITED STATES DISTRICT JUDGE